241 So.2d 255

Juan Alberto CRUZ

v.

The HANOVER INSURANCE COMPANY.

No. 50966.

Nov. 25, 1970.

Writ refused. There is no error of law in the judgment complained of

241 So.2d 255

LUMBERMENS MUTUAL CASUALTY CO.

v.

CONNECTICUT FIRE INSURANCE CO.

No. 50967.

Nov. 25, 1970.

Writ refused. No error of law.